**[Exempt From Filing Fee Government Code § 6103]**

1. REX DARRELL BERRY, State Bar No. 110219
   *rberry@kmtg.com*
2. RONALD J. SCHOLAR, State Bar No. 187948
   *rscholar@kmtg.com*
3. KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
4. 400 Capitol Mall, 27th Floor
   Sacramento, California 95814
5. Telephone: (916) 321-4500
   Facsimile:  (916) 321-4555

Attorneys for Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAQUISHA JACKSON, an individual; A.W., a minor, by and through his mother and natural guardian, LAQUISHA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:15-CV-02595-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE TIME TO FILE RESPONSIVE PLEADING**<br><br>The Hon. Morrison C. England, Jr.<br><br>Trial Date:     TBA |

## STIPULATION

COME NOW Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA and Plaintiffs LAQUISHA JACKSON and A.W. by and through undersigned counsel, having met and conferred and hereby stipulate and request that the Court grant Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA an additional 16 days, until April 1, 2016, to file its responsive pleading in the above-referenced matter. No previous extensions of time have been requested or granted.

///

///

1436913.1  9459-026

| | |
|---|---|
| Dated: March 10, 2016 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>A Professional Corporation |
| | By:   /s/ Ronald J. Scholar<br>Ronald J. Scholar<br>Attorneys for Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| Dated: March 10, 2016 | LAW PRACTICE OF DAVID GRAULICH |
| | By:   /s/ David Graulich<br>David Graulich<br>Attorneys for Plaintiffs LAQUISHA JACKSON and A.W. |

**ORDER**

Pursuant to the foregoing stipulation, Defendant Regents of the University of California shall file its responsive pleading in the above-referenced matter no later than April 1, 2016.

IT IS SO ORDERED.

Dated: March 15, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT