1  DAVID GRAULICH (SBN 260515)
   **LAW PRACTICE OF DAVID GRAULICH**
2  P.O. Box 2041
   Fair Oaks, CA 95628
3  Telephone: (916) 966-9600
   david@wrongedatwork.com
4
   Attorney for Plaintiffs
5  LAQUISHA JACKSON and A.W.

6  REX DARRELL BERRY (SBN 110219)
   **KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
7  400 Capitol Mall, 27th Floor
   Sacramento, CA 95814
8  Telephone: (916) 321-4500
   rberry@kmtg.com
9
   Attorneys for Defendants THE REGENTS OF
10 THE UNIVERSITY OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUISHA JACKSON, an individual; A.W., a minor, by and through his mother and natural guardian, LAQUISHA JACKSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendants. | Case No. 2:15-CV-02595-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER** |

# STIPULATION

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiffs LaQuisha Jackson and A.W. and defendant The Regents of the University of California, acting through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

Dated: _____         Respectfully submitted,

                                 By: _____
                                 David Graulich, Esq.
                                 Attorney for Plaintiffs
                                 LAQUISHA JACKSON and A.W.

Dated: _____         Respectfully submitted,

                                 By: _____
                                 Rex D. Berry, Esq.
                                 KRONICK, MOSKOVITZ TIEDEMANN & GIRARD
                                 Attorneys for Defendant
                                 The Regents of the University of California

**ORDER**

On the stipulation of the parties and pursuant to FRCP 41(a)(1), and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE